UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRSTINA T. YORK,

           Appellant,

v.

GATEWAY FINANCIAL,

           Appellee.

Case No. 26-cv-10274
Hon. Matthew F. Leitman

_____/

## ORDER DIRECTING APPELLANT TO PAY FILING FEE

On January 27, 2026, Appellant Christina York filed a Notice of Appeal in which she asks this Court to review a decision issued by the United States Bankruptcy Court for the Eastern District of Michigan. (*See* Notice of Appeal, ECF No. 1.)  When York filed her appeal, she failed to pay the required filing fee.  Unless and until York pays the required fee, the Court cannot begin to consider her appeal.  Accordingly, by no later than **March 20, 2026**, York shall pay the required filing fee or file an application to proceed *in forma pauperis* in this matter.  If York fails to comply with this order, the Court will dismiss her appeal.

      **IT IS SO ORDERED**.

                    s/Matthew F. Leitman_____
                    MATTHEW F. LEITMAN
Dated:  March 9, 2026         UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2