UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRSTINA T. YORK,

                                              Case No. 26-cv-10274

      Appellant,                             Hon. Matthew F. Leitman

v.

GATEWAY FINANCIAL,

      Appellee.

_____/

## <u>ORDER DISMISSING APPEAL</u>

On January 27, 2026, Appellant Christina York filed a Notice of Appeal in which she asks this Court to review a decision issued by the United States Bankruptcy Court for the Eastern District of Michigan. (*See* Notice of Appeal, ECF No. 1.)  When York filed her appeal, she failed to pay the required filing fee. Accordingly, on March 9, 2026, the Court issued an order directing York to pay that fee or file an application to proceed *in forma pauperis* by no later than March 20, 2026. (*See* Order, ECF No. 5.)  The Court further warned York that if she failed "to comply with th[e Court's] order, the Court [would] dismiss her appeal." (*Id.*, PageID.16.)

York has not paid the filing fee or filed an application to proceed *in forma pauperis* as directed.  Nor has she contacted the Court to seek additional time to comply with the Court's March 9 order.  Thus, based on York's failure to pay the

1

filing fee, and her failure to comply with the Court's March 9 order, this appeal is

**DISMISSED**.

    **IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN

Dated:  April 2, 2026          UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 2, 2026, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                    Case Manager
                                                      (313) 234-5126

2